# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY VELEZ,

    *Plaintiff*,

vs.

PAMELA DEL PORTO, *et al.*

    *Defendants*.

2:09-cv-02370-PMP-PAL

ORDER

In this *pro se* prisoner civil rights action, review of the unofficial inmate record on the website for the Nevada Department of Corrections (NDOC) reflects that plaintiff may have passed away, which potentially would render the action moot.

IT THEREFORE IS ORDERED that, within fifteen (15) days of entry of this order, defendants shall file an appropriate notice reflecting petitioner's current status vis-à-vis NDOC custody and, if warranted by a change of status, any motion appropriate to the situation with regard to this action.

DATED:  November 5, 2010.

_____
PHILIP M. PRO
United States District Judge