UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| ANTHONY VELEZ, )<br>)<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>PAMELA DEL PORTO, et al., )<br>)<br>           Defendant. )<br>_____) | 2:09-CV-02370-PMP-PAL<br><br>**ORDER** |

According to the established report filed by Defendants on November 23, 2010 (Doc. #12), Plaintiff Anthony Velez is dead.  As a result, so is this action.

**IT IS THEREFORE ORDERED that** this Plaintiff's complaint is hereby **DISMISSED** and this action is closed.

DATED: April 1, 2011.

_____
PHILIP M. PRO
United States District Judge